UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALFONSO FRANCO,

               Plaintiff,

v.

CENTRAL AVE CW, INC. and REYAD MUSSA,

               Defendants.
------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 7379 (VB)

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 9, 2021. To be clear, any application to restore the action must be filed by June 9, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

Dated: May 10, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge